| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD,      Plaintiff,      v.  LEYVA, *et al.*,      Defendants. | Case No.  1:23-cv-01252-BAM (PC)  ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE  (ECF No. 10) |

Plaintiff Suten Blackgold ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On September 15, 2023, the Court screened the complaint and granted Plaintiff leave to file an amended complaint or a notice of voluntary dismissal.  (ECF No. 9.)

On September 29, 2023, Plaintiff filed a notice of voluntary dismissal with prejudice. (ECF No. 10.)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078.  No defendant has

been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated, with prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **October 10, 2023**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

2